

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00885-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Nadine **REALME**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-14297
Honorable Christine Vasquez-Hortick, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying appellant's motion for summary judgment is AFFIRMED. We order appellant to pay the costs of this appeal.

SIGNED August 28, 2024.

_____
Beth Watkins, Justice